STATE v. DUNCAN

　　No. 252P01

　　Case below: 142 N.C. App. 522

　　Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 June 2001.


STATE v. ELLIOTT

　　No. 214P01

　　Case below: 142 N.C. App. 522

　　Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 June 2001.


STATE v. ELSTON

　　No. 251P01

　　Case below: 142 N.C. App. 706

　　Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 June 2001.


STATE v. FAIRCLOTH

　　No. 418P00-2

　　Case below: 139 N.C. App. 451

　　Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 7 June 2001. Petitions by defendant pro se for writ of certiorari to review the order of the North Carolina Court of Appeals dismissed 7 June 2001.


STATE v. GILLEY

　　No. 228P01

　　Case below: 135 N.C. App. 519

　　Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 June 2001.